**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

LUCAS VANATTA,

Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

Defendant.

---

**PLAINTIFF'S COMPLAINT**

---

Plaintiff, LUCAS VANATTA ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC. ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Colorado, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person residing in Lakewood, Jefferson County, Colorado.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6) and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in Dallas, Texas.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Citibank South Dakota Na, with an account number ending in 6233.

11. Plaintiff's alleged debt owed to Citibank arises from transactions for personal, family, and household purposes.

12. In or around May of 2012, Defendant began placing calls to Plaintiff's cell phone (720-371-65xx) in an attempt to collect a debt.

13. Defendant called Plaintiff from 800-214-5365, 800-214-7821 and 800-514-5371, all numbers belonging to Defendant.

14. Since around May of 2012, Defendant left Plaintiff several voicemail messages which failed to meaningfully disclose the caller's identity. *See* transcribed voicemail messages attached hereto as Exhibit A.

15. Since around May of 2012, Defendant left Plaintiff several voicemail messages which failed to disclose in subsequent communications that the communication was from a debt collector. *See* Exhibit A.

16. In or around May of 2012, Defendant threatened to take legal action against Plaintiff even though Defendant has not and does not intend to take such action. Defendant falsely suggested that "this matter [would be] forwarded back to the courts" to suggest that a court proceeding was already initiated. *See* Exhibit A.

17. In or around May of 2012, Defendant threatened to contact his employer unless Plaintiff call Defendant right away.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated § 1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    c. Defendant violated § 1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    d. Defendant violated § 1692e(5) of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

e. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

f. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, LUCAS VANATTA, respectfully requests judgment be entered against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC., for the following:

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

21. Any other relief that this Honorable Court deems appropriate.

DATED: September 18, 2012

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Douglas Baek

Douglas Baek (CA SBN: 258321)
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorney for Plaintiff