**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02478-LTB

LUCAS VANATTA,

    Plaintiff,

       v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, LUCAS VANATTA ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  October 26, 2012          RESPECTFULLY SUBMITTED,

                                                     KROHN & MOSS, LTD.


                         By: /s/ Douglas Baek                              

                               Douglas Baek (CA SBN: 258321)
                               Attorneys for Plaintiff
                               Krohn & Moss, Ltd.
                               10474 Santa Monica Blvd., Suite 401
                               Los Angeles, CA 90025
                               Tel: 323-988-2400 x244
                               Fax: 866-829-5083
                               dbaek@consumerlawcenter.com
                             Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

  Commercial Recovery Systems, Inc\

Attn: Jeff Wood

8035 East R. L Thornton, Suite 200,

Dallas TX 75357

By: /s/ Douglas Baek

Douglas Baek (CA SBN: 258321)
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
 Attorney for Plaintiff