**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02478-LTB

LUCAS VANATTA,

        Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

        Defendant.

_____

**ORDER**
_____

        THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal (Doc 8 - filed December 31, 2012), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:   January 2, 2013